UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Jennifer E. MCDowell:

17013  204 Sable Drive Carlise PA    CIVIL CASE NO: 1:25cv 1317

Mailing  234 South Street
(Enter above the full name of
plaintiff in this action)

Harrisburg PA 17101
v.

Department of Human
Services Local Law
enforcement / Child
Welfare investigator
(Enter above the full name of
the defendant(s) in this action)

Shelia Supenski
Reginald Hooker

(to be supplied by Clerk
of the District Court)

FILED
HARRISBURG, PA

JUL 18 2025

PER___IBQ___
DEPUTY CLERK

COMPLAINT

Please see List ON accual complaint

1. The plaintiff Jennifer E. MCDowell a citizen of

the County of Cumberland & Dauplin State of

Pennsylvania, residing at 204 Sable Drive Carlisle PA 17013

wishes to file a complaint under _____
(give Title No. etc.)

_____

2. The defendant is Department of Human Services Agents
Child welfare investigator Local Law enforment
State Trooper (Carlisle,PA) Dept. of Aging

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary) EXhibits A B C D E



3. (CONTINUED) DHS investigator violated my 4th 5th 6th 13th and 14th Amendement Rights using thier Jurisdiction to investigate me falsey Reported Excessively Caused wrongful termination through many Jobs cause me to lose my section 8 vocher because I did Not know I could plea the 5th concern them puting that home under survellance followins me in public places Gaslighting my car was hit as a lead to prove I was THis Parent, Also DHS investigators Lead an informant to move me into his home wer.

EEOC case open and charge still investigate

4. WHEREFORE, plaintiff prays that

where he excessively Mental through direction of these investigator while the implement operant conditioning in his home they work with community care to Assault me through subject matter this person implement my notice for court was replace and cause bench warrent And this was after 6 month of sleeping in a tent through the winter (Storms Ice) after causing wrongful termination once again directing my employer (last) outback steakhouse campHill and Insi(R) medical transportation

> I am ask the hand of the courts to prevent this person Shiela Supenski and Resinald Hooker

(Signature of Plaintiff)

Jennifer McDowell

(Printed Name of Plaintiff)

204 Sable Drive Carlisle PA 17013
234 South Street Harrisburg PA 17101

(Address of Plaintiff) (Mailing)

☏ 717-275-4590

(Phone Number of Plaintiff)

that lied to me about or relationship to take back the vechical that he purchase for me to work 3 days ago to cause lost and I requesting admitance and discovery and Paid Relife Housing Resbo