IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER E. MCDOWELL, | : | Civil No. 1:25-CV-01317 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PA. DEPT OF HUMAN SERVICES – | : | |
| CHILD WELFARE AGENCY, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**MEMORANDUM**

Before the court is the report and recommendation of Chief United States Magistrate Daryl F. Bloom recommending that the court dismiss Plaintiff's amended complaint with prejudice as amendment would be futile and deny six motions filed by Plaintiff as moot.  (Doc. 60.)  Plaintiff filed two documents titled as objections wherein she disagrees with Chief Judge Bloom's application of the pleading standards required by Federal Rule of Civil Procedure 8.  (Docs. 61, 62.)

When a party raises only general objections to a report and recommendation, a district court is not required to conduct a de novo review of the report and recommendation.  *Goney v. Clark*, 749 F.2d 5, 6–7 (3d Cir. 1984).  "To obtain de novo determination of a magistrate's findings by a district court, 28 U.S.C. § 636(b)(1) requires both timely and specific objections to the report."  *Id.* at 6.  Thus, when reviewing general objections to a report and recommendation, the court's review is limited "to ascertaining whether there is 'clear error' or 'manifest

1

injustice'" on the face of the record.  *Boomer v. Lewis*, No. 3:06-CV-00850, 2009 WL 2900778, at *1 (M.D. Pa. Sept. 9, 2009).

The court has reviewed Chief Judge Bloom's report and recommendation and finds no clear error or manifest injustice on the face of the record.  The objections simply disagree with the conclusions in the report and recommendation. Accordingly, the court will adopt the report and recommendation, Doc. 60, overrule Plaintiff's objections, Docs. 61, 62, dismiss Plaintiff's amended complaint, Doc. 49, with prejudice, and deny all motions, Docs. 52, 54, 55, 56, 58, 59, as moot.  An appropriate order will follow.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: March 16, 2026