**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JENNIFER E. MCDOWELL, | : | Civil No. 1:25-CV-01317 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PA. DEPT OF HUMAN SERVICES – | : | |
| CHILD WELFARE AGENCY, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 16th day of March, 2026, in accordance with the

accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 60, is **ADOPTED**.

2) Plaintiff's objections, Docs. 61 & 62, are **OVERRULED**.

3) Plaintiff's amended complaint, Doc. 49, is **DISMISSED WITH PREJUDICE**.

4) Plaintiff's outstanding motions, Docs. 52, 54, 55, 56, 58, & 59, are **DENIED AS MOOT**.

5) The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
